UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AUSTIN LAZAR,<br><br>                            Plaintiff,<br><br>    v.<br><br>DON BOURBON, et al.,<br><br>                            Defendants. | No. 3:18-cv-05278 BHS-TLF<br><br>**REPORT AND RECOMMENDATION**<br>**Noted for: June 29, 2017** |

Before the Court is Plaintiff's notice of voluntary dismissal in this lawsuit. Dkt. 5. Defendants have not opposed dismissal.

**BACKGROUND**

Plaintiff is in custody at Pierce County Jail. Dkt. 1. He filed a proposed complaint beginning this § 1983 civil rights action on April 9, 2016. Dkt. 1. He filed a motion for leave to proceed *in forma pauperis* (IFP) on April 30, 2018. Dkt. 4. The Court has not directed service of the proposed complaint or addressed plaintiff's IFP motion.

On June 1, 2018, plaintiff informed the Court in a letter in a separate case (No. 3:18-cv-05175 RBL-DWC) that, in filing the proposed complaint at Dkt. 1 in this case, he had intended to file a proposed amended complaint in that case and not to open a new case. He asked the Court to "correct the error by treating the new case filed as an amended complaint." Dkt. 5, p. 1.

REPORT AND RECOMMENDATION - 1

**DISCUSSION**

Federal Rule of Civil Procedure Rule 41 governs the voluntary dismissal of an action in federal court. Rule 41(a)(1) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. In addition, unless the notice (or stipulation signed by all parties that have appeared) states otherwise, the dismissal shall be without prejudice.

The Court should interpret plaintiff's request as a notice of voluntary dismissal under Rule 41(a)(1). The answer in this matter has not yet been filed and defendants do not oppose dismissal. The undersigned recommends that the complaint be dismissed without prejudice. Accordingly, the undersigned also recommends that the IFP motion, Dkt. 4, be denied as moot.

**WRITTEN OBJECTIONS**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **June 29, 2018**, as noted in the caption.

**DATED** this 11th day of June, 2018.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2