UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AUSTIN LAZAR,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DON BOURBON, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C18-5278 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's application to proceed in forma pauperis is **DENIED as moot**; and

(3) This matter is **DISMISSED without prejudice**.

Dated this 3rd day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER